UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ESTEFANY RODRIGUEZ MUNOZ,
Defendant.

**ORDER**

26-MJ-03743

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

Defendant, Estefany Rodriguez Munoz was granted bail by the Honorable Jennifer E. Willis on September 11, 2026, in the Southern District of New York (**Exhibit A**). On the same date, the Government filed a Motion to Stay and Reconsider the Release Order in the Western District of Texas. The Government's Order was granted by United States Chief District Judge Alia Moses and Ms. Munoz was ordered to be detained until further order of the Court of the Western District of Texas (**Exhibit B**). A bail appeal hearing will be held for Ms. Munoz, in the Western District of Texas, upon arrival in that District. Accordingly, the defendant is detained on their authority and ordered removed.

Dated: New York, New York
September 17, 2026

**SO ORDERED**.

Jennifer E. Willis

**JENNIFER E. WILLIS**
**United States Magistrate Judge**

# EXHIBIT A

Duration: 20 minutes
Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 26-mj-03713 DEFENDANT Estefany Rodriguez Munoz

AUSA Daren Zhang DEF.'S COUNSEL Mitchell Schwartz
☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☑ Spanish INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☑ Rule 5(c)(3) ☐ Detention Hrg.
☐ Other: ______

DATE OF ARREST 9/11/26 ☐ VOL. SURR.
TIME OF ARREST 6:15pm ☐ ON WRIT
TIME OF PRESENTMENT ______

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: ______
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 10,000 PRB ☑ 1 ~~FRP~~ – moral suasion
☐ SECURED BY $ ______ CASH/PROPERTY: ______
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ WDTX for court
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ______
______; REMAINING CONDITIONS TO BE MET BY: 9/18/26

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

▷ D is to maintain her residence and may not relocate without permission of pretrial

▷ may not contact any witness outside presence of counsel – with the exception of her children. But she is not to discuss case with them

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY ☐ CONFERENCE BEFORE D.J. ON ______
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ______

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED ☐ DEFENDANT TO BE REMOVED
☑ PRELIMINARY HEARING IN SDNY WAIVED ☐ CONTROL DATE FOR REMOVAL: 9/25/26 to appear in WDTX

PRELIMINARY HEARING DATE: ______ ☐ ON DEFENDANT'S CONSENT

DATE: 9/11/2026 [signature]
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

# EXHIBIT B

FILED

SEP 11 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______________________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | No: 2: 26-CR-02606-AM |
| v. | § | |
| | § | |
| ESTEFANY RODRIGUEZ MUNOZ<br>A/K/A ESTEFANY RODRIGUEZ-MEZA | § | |

**ORDER ON GOVERNMENT'S MOTION TO STAY AND RECOSIDER MAGISTRATE'S ORDER OF RELEASE**

Pursuant to Title 18, United States Code, Section 3145(a)(1), the Government's Motion to Stay and Reconsider the Release Order entered by the Honorable United States Magistrate Jennifer E. Willis is hereby GRANTED.

IT IS ORDERED that defendant ESTEFANY RODRIGUEZ MUNOZ shall be detained until further order of this Court.

IT IS SO ORDERED this 11th day of September 2026.

[signature]
HONORABLE ALIA MOSES
UNITED STATES CHIEF DISTRICT JUDGE